

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00525-CV

| | | |
|---|---|---|
| IN RE S.N., Relator | § | Original Proceeding |
| | § | 324th District Court of Tarrant County, |
| | § | Texas |
| | § | Trial Court No. 324-656801-19 |
| | § | December 22, 2025 |
| | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order denying S.N.'s motion to dismiss, to grant her motion, and to dismiss C.C.'s claims for lack of standing. Our October 6, 2025 order staying the trial court proceedings is vacated.

Only if the trial court fails to comply with our instruction will we issue the writ.

It is further ordered that C.C. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker